IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE M. MARSHALL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-6580 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| *Commissioner of Social Security* | : | |

## ORDER

AND NOW, this 28th day of March, 2016, upon consideration of Plaintiff Dianne Marshall's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's response thereto, and Marshall's reply, after careful and independent review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, Marshall's objections thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. This case shall be REMOVED from SUSPENSE;

2. Marshall's objections (Document 16) are OVERRULED;

3. The Report and Recommendation (Document 14) is APPROVED and ADOPTED;

4. Marshall's Request for Review (Document 8) is DENIED;

5. Judgment is entered affirming the decision of the Commissioner of Social Security; and

6. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.